## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| GBI Services, LLC, *et al.*, | ) Case No. 25-12089 (CTG) |
| Debtors.[1] | ) (Jointly Administered) |
| GBI Services, LLC, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Adv. Pro. No. 25-52467 (CTG) |
| PMP NICK LLC | ) |
| Defendant. | ) |

### DEBTORS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, made applicable to the above-captioned adversary proceeding by Federal Rule of Bankruptcy Procedure 7056, the above-captioned plaintiffs (the "**Debtors**") move for summary judgment on the *Debtors' Complaint to Avoid Liens* (the "**Complaint**").

The Court should grant summary judgment on the Complaint, which seeks to avoid Defendant's security interests as voidable preferences, because PMP Nick perfected those security interests nine days before the bankruptcy.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GBI Services, LLC (0771), Nicklaus Companies, LLC (5063), N1JN-V, LLC (3178), Nicklaus Real Estate Licensing, LLC (7569), Nicklaus Project Management Services, LLC (6810), Nicklaus Advisory, LLC (3577), Nicklaus Design, LLC (7744), Nicklaus Interactive, LLC (9584), Nicklaus Brands, LLC (9771), Nicklaus International Brand Management, LLC (1536), Jack Nicklaus Golf Club, LLC (9616), and Nicklaus Golf Equipment Company, L.C. (6669). The Debtors' mailing address is 3801 PGA Boulevard, Suite 565, Palm Beach Gardens, FL 33410.

In support of this motion, the Debtors incorporate and rely on the *Debtors' Opening Brief in Support of Their Motion for Summary Judgment* and the *Transmittal Declaration of Cory D. Kandestin In Support of Debtors' Motion for Summary Judgment*, both filed concurrently herewith.

The Debtors consent to entry of a final order to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

WHEREFORE, the Debtors respectfully request entry of an order, substantially in the form attached hereto as **Exhibit A**, granting summary judgment in their favor and against the Defendants, and granting such other and further relief as the Court deems just and proper.

Dated:   December 17, 2025
         Wilmington, Delaware

*/s/ Cory D. Kandestin*
RICHARDS, LAYTON & FINGER, P.A.
Zachary I. Shapiro (No. 5103)
Cory D. Kandestin (No. 5025)
James F. McCauley (No. 6991)
920 North King Street
Wilmington, Delaware 19801
Telephone: 302-651-7700
Email: shapiro@rlf.com
       kandestin@rlf.com
       mccauley@rlf.com