**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| GBI Services, LLC, *et al.,* | ) Case No. 25-12089 (CTG) |
| Debtors.[1] | ) (Jointly Administered) |
| GBI Services, LLC, *et al.,* | ) |
| Plaintiffs, | ) |
| v. | ) Adv. Pro. No. 25-52467 (CTG) |
| PMP NICK LLC | ) |
| Defendant. | ) |

**TRANSMITTAL DECLARATION OF CORY D. KANDESTIN
IN SUPPORT OF DEBTORS' MOTION FOR SUMMARY JUDGMENT**

I, Cory D. Kandestin, hereby declare, pursuant to section 1746 of title 28 of the United States Code, as follows:

1. I am a director at Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801, attorneys for the above-captioned Debtors in the above-captioned chapter 11 cases.

2. I am admitted to appear before this Court and submit this declaration in connection with the *Debtors' Motion for Summary Judgment*.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: GBI Services, LLC (0771), Nicklaus Companies, LLC (5063), N1JN-V, LLC (3178), Nicklaus Real Estate Licensing, LLC (7569), Nicklaus Project Management Services, LLC (6810), Nicklaus Advisory, LLC (3577), Nicklaus Design, LLC (7744), Nicklaus Interactive, LLC (9584), Nicklaus Brands, LLC (9771), Nicklaus International Brand Management, LLC (1536), Jack Nicklaus Golf Club, LLC (9616), and Nicklaus Golf Equipment Company, L.C. (6669). The Debtors' mailing address is 3801 PGA Boulevard, Suite 565, Palm Beach Gardens, FL 33410.

3. Attached hereto are true and correct copies of the following documents:

| Exhibit # | Description |
|---|---|
| A | Loan and Guaranty Agreement dated May 25, 2007 |
| B | Pledge and Security Agreement dated May 31, 2007 |
| C-1 | Emigrant GB Financing Statement dated June 1, 2007 (Nicklaus Companies, LLC) |
| C-2 | Emigrant GB Financing Statement dated June 5, 2007 (Jack Nicklaus Golf Club, LLC) |
| C-3 | Emigrant GB Financing Statement dated June 5, 2007 (GBI Services, LLC) |
| C-4 | Emigrant GB Financing Statement dated June 5, 2007 (Nicklaus Design, LLC) |
| C-5 | Emigrant GB Financing Statement dated June 5, 2007 (Nicklaus Marketing, Inc.) |
| C-6 | Emigrant GB Financing Statement dated June 5, 2007 (N1JN-V, LLC) |
| D-1 | Emigrant GB Financing Statement dated January 23, 2012 (Nicklaus Companies, LLC) |
| D-2 | Emigrant GB Financing Statement dated January 26, 2012 (Jack Nicklaus Golf Club, LLC) |
| D-3 | Emigrant GB Financing Statement dated January 26, 2012 (GBI Services, LLC) |
| D-4 | Emigrant GB Financing Statement dated January 26, 2012 (Nicklaus Design, LLC) |
| D-5 | Emigrant GB Financing Statement dated January 26, 2012 (Nicklaus Marketing, Inc.) |
| D-6 | Emigrant GB Financing Statement dated January 26, 2012 (N1JN-V, LLC) |
| E-1 | Emigrant GB Financing Statement dated March 24, 2017 (Nicklaus Companies, LLC) |
| E-2 | Emigrant GB Financing Statement dated March 29, 2017 (Jack Nicklaus Golf Club, LLC) |
| E-3 | Emigrant GB Financing Statement dated March 29, 2017 (GBI Services, LLC) |
| E-4 | Emigrant GB Financing Statement dated March 29, 2017 (Nicklaus Design, LLC) |
| E-5 | Emigrant GB Financing Statement dated March 29, 2017 (Nicklaus Marketing, Inc.) |
| E-6 | Emigrant GB Financing Statement dated March 29, 2017 (N1JN-V, LLC) |

| F-1 | Emigrant GB Financing Statement dated October 2, 2018 (Nicklaus Golf Equipment Company L.C.) |
| --- | --- |
| F-2 | Emigrant GB Financing Statement dated October 2, 2018 (Nicklaus Brands, LLC) |
| G-1 | PMP Nick Financing Statement dated November 12, 2025 (Nicklaus Companies, LLC) |
| G-2 | PMP Nick Financing Statement dated November 12, 2025 (Jack Nicklaus Golf Club, LLC) |
| G-3 | PMP Nick Financing Statement dated November 12, 2025 (GBI Services, LLC) |
| G-4 | PMP Nick Financing Statement dated November 12, 2025 (Nicklaus Design, LLC) |
| G-5 | PMP Nick Financing Statement dated November 12, 2025 (Nicklaus Marketing, Inc.) |
| G-6 | PMP Nick Financing Statement dated November 12, 2025 (Nicklaus Golf Equipment, L.C.) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States  /s/ *Cory D. Kandestin*
of America on December 17, 2025  By: Cory D. Kandestin (No. 5025)